

**STEIN | SAKS, PLLC**

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

December 5, 2023

**Via CM/ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York

**MEMO ENDORSED**

RE:   *DiMeglio v. NG Labs, Inc.*
         Case No.: 1:23-cv-05162-ER

Dear Judge Ramos:

    We represent the Plaintiff in the above-referenced matter. We write jointly with Defendant's counsel to respectfully request a thirty-one (31) day extension of time for the parties to file any application to reopen this matter. The new due date would be Monday, January 8, 2024. The requested extension will afford the parties an opportunity to finalize our settlement papers.

    This is the first such request in this matter.

    We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

/s/ *Mark Rozenberg*
By:  Mark Rozenberg, Esq.

---

The request to extend the time, until January 8, 2024, to submit any settlement agreement to the Court to "so order" or file an application to reopen the case is granted. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: December 5, 2023
New York, New York